UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | No. 13-50917 |
| | ) | |
| MJM Stamford Hardware, LLC | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |
| MJM Stamford Hardware, LLC | ) | |
| Movant | ) | |
| v. | ) | |
| | ) | |
| ASL Enterprises, LLC f/k/a First County Bank, | ) | |
| First Niagara Bank, PPG Architectural Finishes, | ) | |
| Inc., TruServ Corporation | ) | |
| Respondents | ) | June 13, 2013 |

**MOTION FOR PERMISSION TO BORROW
PURSUANT TO 11 USC §364(b)**

The debtor in the above matter respectfully represents the following;

1. It has filed a chapter 11 on June 12, 2013, and a creditor's committee has not been appointed.

2. Although the Debtor is currently closed due to being attached by a creditor, it will reopen and operate its hardware store employing three people and need additional inventory and fit up to reopen.

3. As of the date of filing **TruServe Corporation, PPG Architectural Finishes, Inc., First Niagara Bank, f/k/a New Alliance Bank and ASL Enterprises, LLC f/k/a First County Bank** claimed liens on the Debtor's assets including its receivables.

4. The Debtor and the secured creditors have been trying to come to an arrangement for the use of cash collateral, but the Debtor will need additional cash to operate.

5. In order to reopen business, reorganize, acquire additional inventory and pay its employees, the Debtor needs to borrow sufficient funds.

6. The Debtor has sought credit facilities other than from its current financial institutions but in view of the fact that the Debtor is in chapter 11, except for the loan described hereinbelow, it has been unable to obtain said loan.

7. Miguel Juarez, the Debtor's principal, is willing to lend the Debtor up to $35,000 as an administrative expenses pursuant to 11 USC §362(b).

8. The initial advance would be $35,000.

9. The loan would be repaid on the effective date of the Debtor's confirmed plan.

WHEREFORE the Debtor moves for permission to borrow up to $35,000 as an administrative claim pursuant to 11 U.S.C. §364(b).

THE DEBTOR

By: _____/s/_____
Ira B. Charmoy  (ct08974)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., 5th Floor
Bridgeport, CT 06604
Tel:  (203) 333-9441
Fax:  (203) 333-1489
Email  icharmoy@znclaw.com